# United States Court of Appeals
## For the First Circuit

## NOTICE OF APPEARANCE

**No.** 25-1085        **Short Title:** US v. De-Jesus-De-Jesus

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Yadiel Omar De-Jesus-De-Jesus _____ as the

[✓] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

| | |
|---|---|
| s/Franco L. Pérez-Redondo | February 12, 2025 |
| Signature | Date |
| Franco L. Pérez-Redondo | |
| Name | |
| Federal Public Defender District of P.R. | (787) 281-4922 |
| Firm Name (if applicable) | Telephone Number |
| 241 F.D. Roosevelt Ave. | (787) 281-4899 |
| Address | Fax Number |
| San Juan, PR 00918 | franco_perez@fd.org |
| City, State, Zip Code | Email (required) |

Court of Appeals Bar Number: 1175955

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).