No. 25-1085

# United States Court of Appeals for the First Circuit

_____

**UNITED STATES OF AMERICA,**
*Appellee,*

v.

**YADIEL OMAR DE-JESUS-DE-JESUS,**
*Defendant-Appellant.*

_____

On Appeal from the United States District Court
for the District of Puerto Rico
D. Ct. No. 22-cr-536-FAB-1
Hon. Francisco A. Besosa, U.S. District Judge

_____

**MOTION FOR EXTENSION OF TIME TO FILE
APPELLANT'S BRIEF AND APPENDIX**

_____

TO THE HONORABLE COURT:

Defendant-Appellant Yadiel Omar De Jesús-De Jesus ("Mr. De-Jesús"), represented by the Federal Public Defender for the District of Puerto Rico through undersigned counsel, respectfully states and prays:

The opening brief and appendix are due today, June 3, 2025. Since the briefing schedule issued, we've reviewed the record, met with Appellant's district court counsel, and conducted preliminary issue evaluation. Due to other engagements before this Court and the district court, however, the brief and appendix have not been completed. It is respectfully requested that the court permit a 35-day extension of time to file Mr. De Jesús's opening brief and appendix. This motion represents our first request for an extension and is made in good faith.

**WHEREFORE**, it is respectfully requested that the Court grant this motion and extend the subject due dates through July 8, 2025.

**RESPECTFULLY SUBMITTED** on June 3, 2025.

>**RACHEL BRILL**
>Federal Public Defender
>District of Puerto Rico
>
>**FRANCO L. PÉREZ REDONDO**
>Assistant Federal Public Defender
>Supervisor, Appellate Unit
>
>**s/Kevin E. Lerman***
>Assistant Federal Public Defender
>First Circuit Bar No. 1194361
>Tel.: (787) 281-4922
>Email: Kevin_Lerman@fd.org

*****CERTIFICATION**: I ECF-filed this document today, notifying the parties, including government counsel.